# IN THE SUPREME COURT OF THE STATE OF NEVADA

POSHBABY LLC, A NEVADA LIMITED LIABILITY COMPANY,

Appellant,

vs.

ELSINORE III, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND BRIGHTON PROPERTIES LLC, A NEVADA LIMITED LIABILITY COMPANY,

Respondents.

No. 72694

FILED

OCT 12 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Joanna Kishner, District Judge
Janet Trost, Settlement Judge
Ayon Law, PLLC
Snell & Wilmer, LLP/Las Vegas
Eighth District Court Clerk

17-34781